JACOB FRIEDMAN v. ANTON MUGGLI and Others.

July 3, 1899.

Nos. 11,702—(206).

Appeal by defendants from a judgment of the district court for Stearns county, entered pursuant to the findings of Searle, J. Reversed.

*G. W. Stewart,* for appellants.

*Calhoun & Bennett* and *Reynolds & Roeser,* for respondent.

CANTY, J.

This cause is disposed of by Kray v. Muggli, supra, page 231. Judgment reversed, and judgment ordered for defendants on the findings of fact.[1]